# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TIMOTHY JASINSKI,

    Plaintiff,

v.

COLLECTO INC.,

    Defendant.

Case No. 19-CV-726-JPS

**ORDER**

On June 18, 2019, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #8). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The plaintiff's pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 20th day of June, 2019.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge